RECEIVED
JAN - 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IVORY LANE SIMON,<br>  Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00586 |
| VERSUS | |
| JAMES L. LEBLANC, et al.,<br>  Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Simon's action is DENIED AND DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___8th___ day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE